AO 91 (Rev.11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 08, 2025

SEAN F. McAVOY, CLERK

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**HECTOR SAUL IRAHETA-MERCADO** | )<br>)<br>)<br>)<br>)<br>)<br>)    **Case No.   2:25-MJ-00454-JAG** |

## CRIMINAL COMPLAINT

I, Deportation Officer Andrew Johnson, state the following is true to the best of my knowledge and belief. On or about July 8, 2025, in the Eastern District of Washington, the defendant violated 18 U.S.C. § 111(a)(1), (b) (Assault on a Federal Officer).

This complaint is based on these facts:

☑ Continued on the attached sheet.

ANDREW E JOHNSON
Digitally signed by ANDREW E JOHNSON
Date: 2025.07.08 16:18:22 -07'00'

*Complainant's signature*

*Deportation Officer, Andrew Johnson, DHS/ICE*

*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to telephonically and signed electronically.

Date: **July 8, 2025**

*Judge's signature*

*James A. Goeke, United States Magistrate*

*Printed name and title*

City and state:    Spokane, Washington