FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 08, 2025

SEAN F. McAVOY, CLERK

# CHARGES AND PENALTIES

**CASE NAME:** HECTOR SAUL IRAHETA-MERCADO          **CASE NO.** 2:25-MJ-00454-JAG

TOTAL # OF COUNTS: 1     ☑ FELONY     ☐ MISDEMEANOR     ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|-------|---------|------------------------|---------|
| 1 | 18 U.S.C. § 111(a)(1), (b) | Assault on a Federal Officer | Not more than twenty years imprisonment; a $250,000 fine; not more than three years supervised release; a $100 special penalty assessment |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |