UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
The Honorable Mary K. Dimke

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>v.<br>Hector Iraheta-Mercado,<br>Defendant. | No. 2:25-CR-116-MKD<br>**Proposed Jury Questionnaire** |

Hector Iraheta-Mercado submits the following proposed special jury questionnaire. Due to the politically charged nature of his case, a special jury questionnaire is appropriate to expedite *voir dire* and better select an impartial jury. The Government was contacted regarding a joint questionnaire but to date has not had the chance to review the materials.[1] A nearly identical questionnaire was jointly stipulated to in *United States v. Martin Diaz-Amezcua*, a case involving similar charges that went to trial in November of 2025.

[1] The parties are hopeful that by February 4th, the Government will have a position on this questionnaire to provide the Court at the pretrial conference.

Proposed Preamble and Instructions

Juror Questionnaire

*You have been selected as a potential juror for trial in a federal criminal case. Please read the following information, complete the enclosed questionnaire, and place it in the mail or submit it electronically by no later than ____________________, 2026.*

Juror's Name (printed):__________________________

You have been selected as a potential juror in a federal criminal case. This case is set for trial in the U.S. District Court in Spokane, Washington, beginning on March 8, 2026. The trial is expected to last approximately two or three days.

Your answers to the enclosed questionnaire will be distributed to the Court, the federal prosecutor, and defense counsel. Your answers will otherwise be private. However, the parties and the Court may ask you about your questionnaire answers during jury selection. They will rely on your answers to select the jury for the trial. Please give careful attention to completing the questionnaire.

The parties and the Court understand that answering some of the questions may require you to disclose potentially private, sensitive, or otherwise personal information that may be difficult to discuss in a public courtroom. If there are any matters herein that you do not wish to discuss in open court, please note that at the end of the questionnaire so the parties and the Court will know.

You may not discuss with anyone the fact that you are a potential juror or your answers to the enclosed questionnaire.

Thank you for your careful attention in completing this questionnaire and returning it promptly to the Court.

<u>Questions</u>

1. Have you, a family member, or a close friend ever been employed in any capacity involving immigration and/or immigration related services? ( ) YES ( ) NO

    a. If yes, please list the employer and the employee's position/title:

    ________________________________________

    ________________________________________

2. Have you, a family member, or a close friend ever been in immigration court proceedings or been deported from the United States? ( ) YES ( ) NO

    a. If yes, please explain:

    ________________________________________

    ________________________________________

    ________________________________________

3. Do you have any thoughts or feelings about immigration enforcement, individuals without lawful immigration status, immigration arrests, or deportation from the United States? ( ) YES ( ) NO

    a. If yes, please explain:

    ________________________________________

    ________________________________________

    ________________________________________

4. Would your feelings about and experiences with immigration enforcement, individuals without lawful immigration status, immigration arrests, or deportation affect your ability to be a fair and impartial juror in a criminal case where those issues may come up? ( ) YES ( ) NO

    a. Please explain:

    ________________________________________

    ________________________________________

    ________________________________________

5. If there is anything in this questionnaire that you would not feel comfortable discussing in an open, public courtroom, please identify it below. You can write the questions numbers or the topics.

________________________________________

________________________________________

________________________________________

________________________________________

**Each of my answers to this questionnaire is true and correct to the best of my knowledge.**

________________ ________________________

DATE SIGNATURE

________________________

PRINTED NAME

Please mail the completed questionnaire back to the Court in the enclosed self-addressed envelope, or submit the questionnaire online, by **no later than ________________, 2026.**