Justin Lonergan
601 W. Riverside Ave.,, Ste. 900
Spokane, Washington 99201
509.624.7606
Attorney for Hector Saul Iraheta-Mercado

# United States District Court

Honorable Mary K. Dimke

| | |
|---|---|
| United States,<br><br>Plaintiff,<br><br>v.<br><br>Hector Saul Iraheta-Mercado,<br><br>Defendant. | No 2:25-cr-00116-MKD-1<br><br>Supplemental Exhibit List<br><br>Pretrial Conference/Motion Hearing<br>February 4, 2026 @ 10:00 a.m. |

Mr. Iraheta-Mercado provides the following supplemental exhibit in Support of his Pretrial Conference/Motion hearing currently set for February 4, 2026.

Federal Defenders of Eastern Washington & Idaho
Attorneys for Hector Saul Iraheta-Mercado

s/Justin Lonergan
Justin P. Lonergan, ISB 11161
601 W. Riverside Ave., 900
Spokane, Washington 99201
t: (509) 624-7606
f: (509) 747-3539

## Service Certificate

I certify that on February 4, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify Assistant United States Attorney Ann Wick.

s/Justin Lonergan
Justin P. Lonergan, ISB 11161
601 W. Riverside Ave., 900
Spokane, Washington 99201
t: (509) 624-7606
f: (509) 747-3539
Justin_Lonergan@fd.org