Todd Blanche
Deputy Attorney General of the United States
Ann T. Wick
Assistant United States Attorney
Eastern District of Washington
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>HECTOR SAUL IRAHETA-MERCADO, | Case No. 2:25-CR-00116-MKD<br><br>United States' Proposed Voir Dire |

Plaintiff United States of America, by and through, Ann T. Wick, Assistant United States Attorney for the Eastern District of Washington, hereby submits the United States' Proposed Voir Dire for trial in the above-captioned matter.

Conflicts

1. Do you recognize anyone whose name is on the United States' Witness List?

2. Do you know or recognize any of the other people in the Courtroom?

Personal History and Experience

3. I will ask each of you a few personal questions concerning your own background. Please bear in mind these questions are not being asked to embarrass you, or to pry into your private affairs; rather, it is simply one way of assuring that the Court upholds its obligation to empanel a jury which is fair to both the government and to the defendant.

a. Please state your name.

b. Please state the name of the county where you reside.

c. How long have you lived in this county?

d. If you have children, what are their ages and occupations?

4. Do you have any physical impairment, such as eye or hearing problems, or back problems, that would make it difficult for you to be a juror in this case?

5. Have you ever sued the United States?

6. Do you or any member of your family presently have any claim against the United States?

7. Do you or any member of your family work for any city, state, or federal agency?

8. Have you or any member of your family ever worked for a law enforcement agency?

9. Have you or anyone in your immediate family ever been a defendant in a criminal case?

10. Have you or anyone in your family ever been a witness in a criminal case or the victim of a crime?

11. Trial may last 2-3 days. Is there anyone for whom this would be a hardship?

Prior Jury Experience

12. Have you ever been a juror before?

a. Where?

b. When?

c. Have you served in a criminal case?

d. If so, did the jury fail to reach a unanimous verdict?

13. Did you know anyone else on the jury panel prior to coming here today?

14. Did you know the judge, the Defendant, any of the lawyers, or any of the Court's staff, prior to coming here today?

15. Would you have significant difficulty working with your fellow jurors as a group to try and arrive at a verdict in this case?

Inability to Render a Judgment

16. Based on your faith or religious beliefs, would you have any issues with sitting in judgment of another person?

17. Do you believe that only God, and not other human beings, can sit in judgement of others?

18. Do you have any philosophical, moral, or religious beliefs that would make it difficult for you to judge the guilt or innocence of another person or interfere with your ability to decide this case fairly and impartially?

19. Is there anything about your belief structure that would make it uncomfortable for you to render a verdict in a criminal case?

20. Is there anything about you, other than your religion or faith that would make you answer yes to these questions?

<u>Experiences with Law Enforcement</u>

21. Some of the witnesses in this case will be law enforcement officers. Is there anything that would tend to make you believe or not believe the testimony of a witness just because that witness is a law enforcement officer?

22. Have you or any of your relatives or close friends ever had an unfortunate or adverse experience with any federal, state, tribal, or local law enforcement agency, which might affect your ability to render a fair verdict?

23. Recently, you may have seen protests, demonstrations, and/or coverage in news and/or social media regarding how law enforcement officers do their jobs. Would your views on any of these issues make it difficult for you to evaluate the evidence in *this* case?

24. Is there anything about those issues that would make it difficult for you to render a fair verdict based solely on the evidence presented in *this* courtroom during *this* trial?

25. Have you ever protested, demonstrated, posted on social media, or participated in any legal actions regarding the way law enforcement officers do their jobs?

26. Do you believe law enforcement should be defunded?

<u>Media Coverage</u>

27. There may or may not have been news and/or social media coverage of some parts of this case, prior to today. Have you seen, heard, read, or encountered any news or social media coverage of this case prior to today?

28. Is there anything about news or social media coverage that would make it difficult for you to evaluate the evidence and render a fair verdict?

<u>Attorneys</u>

29. Are you, a family member, or close friends, in the legal profession?

30. If so, do you or does someone close to you specialize in criminal law, either as a judge, prosecutor, or defense attorney?

31. Have you ever had any legal training, taken legal courses, or worked in a law office? If so, please describe.

32. Has that relationship or experience left you with a negative, positive, or neutral impression of judges, the judicial system, prosecutors, defense attorneys, Defendants, or lawyers generally?

33. Is there anything about your training, experience, or knowledge that would prevent you from following the instructions and law as the Judge gives it to you in this case? If anything about the Judge's instructions, law, rulings, or comments conflicts with what you know or believe, are you able to put aside your previous training or knowledge and accept the law and instructions that are given to you in this case?

Immigration

34. Some of the witnesses expected in this trial work or worked for Immigration and Customs Enforcement (ICE). Do you have strong feelings about ICE or any other federal agency involved in immigration law enforcement issues?

35. Do you believe that the United States should not be able to place any restrictions on who may enter or reside in this country?

36. Do you believe that the United States has too many or too little restrictions on who may enter or reside in this country?

37. Recently, you may have seen protests, demonstrations, and/or coverage in news and/or social media regarding how ICE or immigration officers do their jobs. Would your views on any of these issues make it difficult for you to evaluate the evidence in *this* case?

38. Is there anything about those issues that would make it difficult for you to render a fair verdict based solely on the evidence presented in *this* courtroom during *this* trial?

39. Have you ever protested, demonstrated, posted on social media, or participated in any legal actions regarding the way ICE or immigration officers do their jobs?

Assault on Law Enforcement

40. This case involves assaulting, impeding, or interfering with certain officers or employees of the United States. Is there anyone who feels, that because the case involves the charge of assaulting, impeding, or interfering with law enforcement officers that they could not be a fair and impartial juror?

41. Do you believe that the Federal Government should not, or does not, have the right to charge someone with assaulting, impeding, or interfering with a law enforcement officer while they are on duty?

42. If the law enforcement officer is an immigration officer does that change any of your answers? Which ones? Why?

43. Do you have any opinions, political beliefs, religious beliefs, philosophies, or prejudices which would make you unable to be fair and impartial to the United States because the law enforcement officer is an immigration officer?

<u>Jurors' Duties</u>

44. Do you understand the role of a juror is to listen to the evidence, and the law, and to come to a verdict at the end of the case?

45. Do you agree to listen carefully to the evidence as it is presented in this case?

46. Do you understand and accept that as a juror your duty is to apply the laws of the United States of America as I instruct you, regardless of whether you personally agree or disagree with them? Is that something you will be able to do?

47. Do you understand that as a juror you are not to consider prejudice, pity, or sympathy in deciding whether the Defendant is guilty or not guilty?

48. Can you evaluate the Defendant's guilt or innocence based solely on what you see and hear in this courtroom during this trial?

49. Do you think that, regardless of the strength of the evidence, you may have trouble deciding that the Defendant is guilty or not guilty?

50. At the end of this trial, I will instruct you that you are to arrive at your verdict without any consideration of any potential penalty or sentence, and that only the Court decides what any potential penalty will be. Will you be able to arrive at a verdict without considering any potential penalty in this case?

51. Do you understand that the role of a juror is to decide whether or not the law is broken, and not whether the law is itself a good law or a bad law?

52. Since part of the role of a juror is to come to a verdict at the end of the case, do you have any qualms about attempting to come to a verdict?

53. Is there any reason at all that you would be unable to devote your full attention to this case for the next two or three days, and render a verdict based solely upon the evidence in this case and the law you will be given, in a fair and impartial manner without bias or prejudice to either side?

General Qualifications

54. Is there anything you know about yourself which, if you were one of the lawyers or parties to this case, you would want to know before selecting you as a juror?

55. If you were in the courtroom today as either the United States or the Defendant, is there anything about you or your beliefs that would make you hesitate about selecting you as a juror?

Dated: February 23, 2026

Todd Blanche
Deputy Attorney General of the United States

*s/ Ann T. Wick*
Ann T. Wick
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all counsel of record who are registered users of the CM/ECF system.

*s/ Ann T. Wick*
Ann T. Wick
Assistant United States Attorney