# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.** 2:25-CR-0116-MKD-1 |
| Plaintiff, | **CRIMINAL MINUTES** |
| vs. | **DATE:  6/5/2026** |
| | **LOCATION: Spokane** |
| HECTOR SAUL IRAHETA-MERCADO, | **JURY TRIAL DAY THREE** |
| Defendant. | |

| JUDGE MARY K. DIMKE | | | |
|---|---|---|---|
| Linda Hansen | LC 02 | Flavio Posse Susan Evans | Allison Anderson |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Ann Wick | | Justin Lonergan / Carter Powers Beggs | |
| **Government Counsel** | | **Defense Counsel** | |

**[ X ] Open Court**                    **[  ] Probation:**

Defendant is present in the courtroom with counsel and in custody of the US Marshal. He is assisted by Federally Certified Spanish Interpreters.

The Court advised the parties regarding media coverage and that the Court will give the Jury an extra admonishment.

The Court directed the parties to resolve any issue regarding witness testimony in advance to avoid numerous bench conferences during testimony.

The Court heard objections to the Court draft Final Jury Instructions.

*Pause in Proceedings: 8:29 am to 8:31 am*

**8:34 am   Jury brought into open court**
**All parties present**
**w/ Jury**

The Court admonished the Jury.

> **Andrew Johnson, Special Agent in Training, Homeland Security Investigations, resumed the stand, previously sworn to testify.**

Continued cross examination by Justin Lonergan

Exhibits 16, 1108, 1102, 1106, 1105, 1084, 5, 23, 30, 4, discussed with the witness.

Justin Lonergan moved for the admission of Defendant's Identification 1108 (Fugitive Operations Handbook, Law Enforcement Visibility - Bates Iraheta-Mercado_00000599)
Objection by Government.
**Court: Defendant's Exhibit 1108 is Admitted over objection and published to the Jury.**

Justin Lonergan moved for the admission of Defendant's Identification 1102 (Example of Gear 1)
Objection by Government.
**Court: Defendant's Exhibit 1102 is NOT Admitted.**

Justin Lonergan moved for the admission of Defendant's Identification 1106 (Example of Gear 5)
No objection by Government.
**Court: Defendant's Exhibit 1106 is Admitted and published to the Jury.**

Justin Lonergan moved for the admission of Defendant's Identification 1105 (Example of Gear 4)
No objection by Government.
**Court: Defendant's Exhibit 1105 is Admitted and published to the Jury.**

Justin Lonergan moved for the admission of Defendant's Identification 1084 (Photograph of vest in car window)
No objection by Government.
**Court: Defendant's Exhibit 1084 is Admitted and published to the Jury.**

**Recessed          9:38 am**
**Reconvened:      9:51 am**
**All parties present**
**w/o Jury**

The Court advised the parties that a juror may have seen the defendant in transport. Juror No. 4 was brought into the courtroom and questioned by the Court. Based on the answers from the Juror it was determined that no contact was made.

**10:00 am          Jury brought into open court**
**All parties present**
**w/ Jury**

**Andrew Johnson, Special Agent in Training, Homeland Security Investigations, resumed the stand, previously sworn to testify.**

Continued cross examination by Justin Lonergan

Exhibits 1000, 1007-1013, 1024, 1110, 1031, 1033, 1038, 1051, 1059, 1062 discussed with the witness.

Page - 3                                     USA v. Iraheta-Mercado                                    Jury Trial

Justin Lonergan moved for the admission of Defendant's Identification 1000 (Video of vehicle stop (0:00 – 4:17))
No objection by Government.
**Court: Defendant's Exhibit 1000 is Admitted and published to the Jury.**

Justin Lonergan moved for the admission of Defendant's Identifications 1007-1013, 1024 (Still images from video of vehicle stop (timestamped))
No objection by Government.
**Court: Defendant's Exhibits 1007-1013 and 1024 are Admitted and published to the Jury.**

Justin Lonergan moved for the admission of Defendant's Identification 1110 (Iraheta Video Clip (3:00 – 7:09))
No objection by Government.
**Court: Defendant's Exhibit 1110 is Admitted and published to the Jury.**

Justin Lonergan moved for the admission of Defendant's Identifications 1031, 1033, 1038 (Still images from video of vehicle stop (timestamped))
No objection by Government.
**Court: Defendant's Exhibits 1031, 1033, 1038 are Admitted and published to the Jury.**

Justin Lonergan moved for the admission of Defendant's Identifications 1051, 1059, 1062 (Still images from video of vehicle stop (timestamped))
No objection by Government.
**Court: Defendant's Exhibits 1051, 1059, 1062 is Admitted and published to the Jury.**

**10:58 am Redirect examination by Ann Wick**

Exhibits 20 discussed with the witness.

**Recessed:**                **11:00 am**
**Reconvened:**            **11:12 am**
**All parties present**

Juror No. 8 addressed the Court regarding a potential conflict regarding personal subject matter knowledge of subjects that arose during testimony. The Court questioned the Juror. Counsel conferred. The Court instructed the Juror to not discuss his knowledge with other Jurors. The Juror agreed.

**Jury brought into open Court: 11:21 am**
**All parties present**
**w/ Jury**

**Andrew Johnson, Special Agent in Training, Homeland Security Investigations, resumed the stand, previously sworn to testify.**

Continued redirect examination by Ann Wick

Exhibits 20, 29, 1108, 4, discussed with the witness.

12:14 pm Recross by Justin Lonergan.

12:21 pm  The Court questioned the witness.

12:22 pm  Additional questions by Mr. Lonergan.

The witness stepped down and was excused.

The Court admonished the Jury.

**Jury excused from open court: 12:24**
**All parties present**
**w/o Jury**

The Court and counsel discussed the witness schedule for the afternoon.

Mr. Lonergan presented an objection to questions the Court asked the witness.

**Recessed:          12:26 pm**
**Reconvened:   1:28 pm**
**All parties present**
**w/o Jury**

> Defendants Exhibit 1043, still images from video of vehicle stop (timestamped), previously shown to the Jury is admitted.

> Ann Wick made an oral motion to exclude social media information.
> Justin Lonergan argued in opposition.
> The Court DENIED the motion. The information can be used with the witness and shown to the Jury but will not go back to the Jury.

> The Court and counsel discussed the Court reading an instruction to the Jury regarding the Court questioning the witness.

**1:39 pm   Jury brought into open court.**
**All parties present**
**w/ Jury**

> **Jaime Waite, Deportation Officer, Immigration and Customs Enforcement, HSI, sworn to testify.**

> Direct examination by Ann Wick.

> Exhibits 3b, 15a, 6, 7, 8, 9, 14, 31, 32, 44, 46, 47, 48, 49, 10,  discussed with the witness.

> Ann Wick moved for the admission of Government's Identification 3b (Photo of DO Waite's vehicle, Iraheta-Mercado_00000462)
> No objection by Defendant.
> **Court: Government's Exhibit 3b is Admitted and published to the Jury.**

Ann Wick moved for the admission of Government's Identification 15a (Photo of DO Waite's Hat, Iraheta-Mercado_00000522)
No objection by Defendant.
**Court: Government's Exhibit 15a Admitted and published to the Jury.**

Ann Wick moved for the admission of Government's Identification 6 (Photo of DO Waite's left arm Iraheta-Mercado_00000019)
No objection by Defendant.
**Court: Government's Exhibit 6 Admitted and published to the Jury.**

Ann Wick moved for the admission of Government's Identification 7 (Photo of DO Waite's left arm, Iraheta-Mercado_00000020)
No objection by Defendant.
**Court: Government's Exhibit 7 Admitted and published to the Jury.**

**\*Screen captures of marked Exhibit 7 taken at 2:36 pm\***

Ann Wick moved for the admission of Government's Identification 8 (Photo of DO Waite's left arm, Iraheta-Mercado_00000024)
No objection by Defendant.
**Court: Government's Exhibit 8 Admitted and published to the Jury**.

**\*Screen captures of marked Exhibit 8 created at 2:44 pm\***

Ann Wick moved for the admission of Government's Identification 9 (Photo of DO Waite's left arm, Iraheta-Mercado_00000023)
No objection by Defendant.
**Court: Government's Exhibit 9 is Admitted and published to the Jury.**

**\*Screen captures of marked Exhibit 31 created at 2:51 pm\***
**\*Screen captures of marked Exhibit 46 created at 2:55 pm\***
**\*Screen captures of marked Exhibit 48 created at 2:57 pm\***

Ann Wick moved for the admission of Government's Identification 10 (Photo of DO Waite's left arm, Iraheta-Mercado_00000021)
No objection by Defendant.
**Court: Government's Exhibit 10 Admitted and published to the Jury.**

**3:18 pm            Jury excused from open court**
**All parties present**
**w/o Jury**

The Court and counsel discussed the Government's screen captures and how they will be marked.

Mr. Lonergan requested the Court admonish the witness regarding not talking to counsel at the break.

USA v. Iraheta-Mercado

**3:20 pm   Jury excused from open court**
**All parties present**
**w/o Jury**

The Court and defense counsel conferred about a calling a witness on Monday morning.

**Recessed:          3:21 pm**
**Reconvened:        3:35 pm**
**All parties present**
**w/ Jury**

**Jaime Waite, Deportation Officer, Immigration and Customs Enforcement, HSI, resumed the stand, previously sworn to testify.**

Cross examination by Justin Lonergan.

Exhibits 1150, 1000, 1029, 1001, 1050, 1051, 1052, 1058, 1059 discussed with the witness.

Exhibit 1150 (Officer Waite's social media post) was marked but will not go to the Jury.

Justin Lonergan moved for the admission of Defendant's Identification 1029 (Still images from video of vehicle stop (timestamped))
No objection by Government.
**Court: Defendant's Exhibit 1029 is Admitted and published to the Jury.**

Justin Lonergan moved for the admission of Defendant's Identification 1001 (Excerpt of Stop Video (1:03:20-1:09:17))
No objection by Government.
**Court: Defendant's Exhibit 1001 is Admitted and published to the Jury.**

Justin Lonergan moved for the admission of Defendant's Identification 1050 (Still images from video of vehicle stop (timestamped))
No objection by Government.
**Court: Defendant's Exhibit 1050 is Admitted and published to the Jury.**

Justin Lonergan moved for the admission of Defendant's Identification 1052 (Still images from video of vehicle stop (timestamped))
No objection by Government.
**Court: Defendant's Exhibit 1052 is Admitted and published to the Jury.**

Justin Lonergan moved for the admission of Defendant's Identification 1058 (Still images from video of vehicle stop (timestamped))
No objection by Government.
**Court: Defendant's Exhibit 1058 is Admitted and published to the Jury.**

Justin Lonergan moved for the admission of Defendant's Identification 1058 (Still images from video of vehicle stop (timestamped))
No objection by Government.
**Court: Defendant's Exhibit 1058 is Admitted and published to the Jury.**

Page - 7                              USA v. Iraheta-Mercado                              Jury Trial

**4:32 pm   Redirect examination by Ms. Wick.**

The witness stepped down and was excused.

**4:40 pm   The Government rested.**

The Court admonished the Jury and excused them for the weekend. The Jury was directed to return Monday morning, 6/8/2026 to be prepared to start at 9:00 a.m.

**4:41 pm   Jury excused from open court.**
**All parties present**
**w/o Jury**

Mr. Carter Beggs made an oral Rule 29 motion to dismiss.
Ms. Wick responded.
The Court addressed the parties and DENIED the motion.

The Court and counsel discussed Jury Instructions.

The parties requested that individual hard copies of the transcripts go back to each Juror.
The request was granted by the Court.

Ann Wick moved for the limited admission of Exhibits 80-113 (Screen captures taken during witness testimony). No objection by the defense.
**Court: The Court admitted Exhibits 80-113 for the record. They will not be provided to the Jury.**

The Court directed counsel to return to resume court proceedings at 8:30 a.m. tomorrow morning to address any legal or logistical issues.

**Adjourned: 5:07 pm**

| CONVENED: 8:06 AM | RECESSED: 9:38 AM | TIME: 1 HR /32 MINS | TOTAL TIME: 7 HRS / 19 MINS |
|---|---|---|---|
| RECONVENED: 9:51 AM | RECESSED: 11:00 AM | 1 HR / 9 MINS | |
| RECONVENED: 11:12 AM | RECESSED: 12:26 PM | 1 HR / 14 MINS | |
| RECONVENED: 1:28 PM | RECESSED: 3:20 PM | 1 HR /52 MINS | |
| RECONVENED: 3:35 PM | ADJOURNED: 5:07 PM | 1 HR /32 MINS | |